IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ALEXANDER CRAFT**                                                                     **PLAINTIFFS**
**AND SHERRY CRAFT**

**VS.**                                        **CIVIL ACTION NO.   4:05-cv-00146-TSL-LRA**

**LOWE'S HOME CENTERS, INC.**                                       **DEFENDANT**

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court upon the parties' joint *ore tenus* Motion For Dismissal With Prejudice, and the Court having been advised that the parties have settled the matter and Defendant has been fully and finally released and being otherwise fully advised in the premises, finds that said Motion is well taken and that the same should be, and is hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Motion To Dismiss is hereby granted and all claims and causes of action by and between the parties are hereby fully and finally dismissed with prejudice, with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 20th day of December, 2006.

                                                                          /s/Tom S. Lee
                                                                          U.S. DISTRICT JUDGE

AGREED:

/s/ William T. May
WILLIAM T. MAY, MSB# 1962
ATTORNEY FOR PLAINTIFFS


/s/ Ken R. Adcock
KEN R. ADCOCK, MSB# 1150
ATTORNEY FOR DEFENDANT